# United States District Court
**SOUTHERN DISTRICT OF CALIFORNIA**

Juan Angel Godines-Gomez

**Plaintiff,**

**V.**

See Attachment

**Defendant.**

**Civil Action No.** 26-cv-2652-LL-SBC

## JUDGMENT IN A CIVIL CASE

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Petitioner's Petition for Writ of Habeas Corpus is DENIED without prejudice. This case is hereby closed.

**Date:** 8/25/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ B. Chandler
B. Chandler, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.** 26-cv-2652-LL-SBC

Respondents:

Patrick Divver,
Field Office Director of Enforcement and Removal Operations, San Diego Field Office, Immigration and Customs Enforcement, et al.;

Christopher J. Larose,
Warden of Otay Mesa Detention Center